# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of Arkansas

Case Number: 4:20-CV-01516-DPM

Plaintiff:
**ZACH RYBURN**

vs.

Defendant:
**NATIONAL INDIVIDUAL INSURANCE AGENCY, LLC**

For:
JOHN OXENDINE
OXENDINE LAW GROUP
4370 PEACHTREE RD NE
FIRST FLOOR
ATLANTA, GA 30319

Received by Caplan, Caplan & Caplan Process Servers on the 14th day of June, 2021 at 2:21 pm to be served on **GROUPER MEDIA, INC. C/O POSADA TODDEO DIETIKER, P.A., REGISTERED AGENT, 3111 N UNIVERSITY DR, #720, CORAL SPRINGS, 33065 County, FL**.

I, Robin Pennington, do hereby affirm that on the **30th day of June, 2021** at **10:15 am**, I:

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS ON THIRD -PARTY COMPLAINT AND THIRD-PARTY PLAINTIFFS, LANDON JORDAN AND HAROLD BROCK'S THIRD-PARTY COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **POSADA TODDEO DIETIKER, P.A** as **REGISTERED AGENT** at the address of: **24 SE 20TH STREET, FT LAUDERDALE, FL 33316** on behalf of **GROUPER MEDIA, INC. C/O POSADA TODDEO DIETIKER, P.A., REGISTERED AGENT**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Additional Information pertaining to this Service:**
BY SERVING TIM ARCARO AS EMPLOYEE OF THE REGISTERED AGENT

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

Robin Pennington
727

**Caplan, Caplan & Caplan Process Servers**
12555 Orange Drive
Suite 106
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: CPN-2021017384
Service Fee: _____

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas Central ▼

| | |
|---|---|
| Zach Ryburn<br>*Plaintiff*<br>v.<br>National Individual Insurance Agency, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>Grouper Media, Inc.<br>*Third-party defendant* | )<br>)<br>)<br>)  Civil Action No. 4:20-cv-01516-DPM<br>)<br>)  DATE 6-30-21  TIME 10:15 am<br>)<br>)  INITIAL RSP   BADGE# 727<br>)<br>TIM ARCARO - EMP of R/A |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Grouper Media, Inc.,
c/o Posada Toddeo Dietiker, P.A., Registered Agent
3111 N. University Drive, Suite 720
Coral Gables, FL 33065

JUN 1 4 2021

Smiss

24 SE 20 St.
Ft. Laud., FL. 33316

A lawsuit has been filed against defendant  Nat'l Individual Ins. Agency , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Zach Ryburn                                .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
John Oxendine and Ivy Oxendine
c/o Oxendine Law Group, P.C.
4370 Peachtree Road, NE, First Floor
Atlanta, Georgia 30319

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jason Ryburn, c/o Ryburn Law Firm
650 S. Shackleford Drive, Suite 231, Little Rock, AR 72211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  4/28/21

JAMES W. McCORMACK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

WM 50+ 5'10" 160 BALD

**ORIGINALS TO ATTORNEY**

17384

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 4:20-cv-01516-DPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GROUPER MEDIA, INC.**
was received by me on *(date)* **6-14-2021**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **TIM ARCARO**, who is designated by law to accept service of process on behalf of *(name of organization)* **POSADA TODDEO DIETIKER, P.A.** on *(date)* **6-30-2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7-7-2021**

*Server's signature*

**ROBIN PENNINGTON, PROCESS SERVER**
*Printed name and title*

**12555 ORANGE DR. #106**
*Server's address*
**DAVIE, FL 33330**

Additional information regarding attempted service, etc: