IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZACH RYBURN

       Plaintiff,                                CIVIL ACTION FILE
                                                  NO. 4:20-cv-01516-DPM

v.

MANAGED CARE, INC. D/B/A
GALAXY HEALTH NETWORK; NATIONAL
INDIVIDUAL INSURANCE AGENCY, LLC;
LANDON JORDAN,
Individually, and HAROLD L. BROCK, : JR.,
Individually

       Defendants.

NATIONAL INDIVIDUAL INSURANCE :
AGENCY, LLC,

       Third-Party Plaintiff,

v.

GROUPER MEDIA, INC.

       Third-Party Defendant.

## NOTICE OF SETTLEMENT

      The purpose of the Notice of Settlement is to apprise the Court that the Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The Parties are in the process of finalizing settlement terms and expect to file the necessary dismissal documents with the Court within thirty (30) days from the filing of this Notice of Settlement.

Parties request that the November 17, 2021 discovery hearing before Judge Volpe be cancelled. In addition, the Parties request that all deadlines in this case be extended for the same thirty (30) days in which it is expected that the proposed settlement will be agreed upon and finalized.

Respectfully Submitted,

/s/ Jason Ryburn,
ARBAR- 2012-148
Jason M. Ryburn
Ryburn Law Firm
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
[o] (501) 228-8100
[f] (501) 228-7300
jason@ryburnlawfirm.com

Attorney for the Plaintiff