UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**Zach Ryburn,**                                                                                  **PLAINTIFF**

**vs.**                               **CASE NO.  4:20-CV-01516-DPM**

**Managed Care, Inc. D/B/A**
**Galaxy Health Network;**
**National Individual. Ins. Agency, LLC;**
**Association Healthcare Management;**
**Landon Jordan, individually;**
**And Harold Brock, individually.**                                              **DEFENDANTS**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

As provided by Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendants stipulate that all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Plaintiff and Defendants respectfully request that the Court enter any further Order necessary to effectuate the dismissal of this action with prejudice.

Respectfully submitted,

*Jason M. Ryburn*
Jason M. Ryburn, Esq.
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
(501) 228-8100 Telephone
(501) 228-7300 Facsimile
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following attorneys of record:

| | | |
|---|---|---|
| John Oxendine | Jessica Koehler and Scott Irby | Lindsey Emerson, Esq. |
| Oxendine Law Group, PC | Wright, Lindsey, & Jennings | Friday, Eldredge & Clark, LLP |
| 4370 Peachtree Road NE | 200 W. Capitol Ave., Ste 2300 | 400 W. Capitol Ave., Ste 2000 |
| Atlanta, GA 30319 | Little Rock, AR 72201-3699 | Little Rock, AR 72201 |

/s/Jason Ryburn
Jason Ryburn
Attorney for Plaintiff