# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| ZACH RYBURN | PLAINTIFF |
| v. No. 4:20-cv-1516-DPM | |
| MANAGED CARE, INC., d/b/a Galaxy Health Network; NATIONAL INDIVIDUAL INSURANCE AGENCY, LLC; LANDON JORDAN, Individually; and HAROLD L. BROCK, JR., Individually | DEFENDANTS |
| NATIONAL INDIVIDUAL INSURANCE AGENCY, LLC | THIRD-PARTY PLAINTIFF |
| v. | |
| GROUPER MEDIA, INC. | THIRD-PARTY DEFENDANT |
| HAROLD L. BROCK, Individually; and LANDON JORDAN, Individually | THIRD-PARTY PLAINTIFFS |
| v. | |
| GROUPER MEDIA, INC. | THIRD-PARTY DEFENDANT |

## JUDGMENT

1. Zach Ryburn's amended complaint is dismissed with prejudice.

2. National Individual Insurance Agency, LLC's third-party complaint is dismissed with prejudice.

3. Harold L. Brock's and Landon Jordan's third-party complaint is dismissed with prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

8 December 2021